IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BRIDGEPOINT INSURANCE AGENCY & PERMIT CENTER LLC, § § § | | |
| *Plaintiff* § § | | |
| v. § § | CASE NO. 7:21-cv-00067 | |
| BRIDGEPOINT TRANSPORT, LLC § and BRIDGEPOINT LOGISTICS, LLC, § § | JURY TRIAL DEMANDED | |
| *Defendants* § | | |

# NOTICE OF SETTLEMENT

TO THE HONORABLE DISTRICT JUDGE:

Bridgepoint Insurance Agency & Permit Center LLC, Plaintiff, and Bridgepoint Transport, LLC and Bridgepoint Logistics, LLC, the Defendants, hereby announce that they have reached an agreement to resolve this action in its entirety and intend to file a dismissal within 10 days.

DATED: January 27, 2023.

                                               Respectfully submitted,

                                               s/Richard D. Schell
                                               **Richard D. Schell**
                                               Attorney-in-Charge
                                               State Bar No. 17736780
                                               Federal I. D. No. 1221
                                               1801 S. 2nd Street, Suite 460
                                               McAllen, Texas  78503
                                               (956) 687-2727
                                               (866) 705-0221 (fax)
                                               rick@rickschell.com

                                               *And*

Erik J. Osterrieder
Tex. Bar No.: 24013276
Federal I. D. No.: 24165
Rao DeBoer Osterrieder, PLLC
1334 Brittmoore Road, Suite 2401
Houston, TX 77043
(281) 372-6114
(713) 583-0852 (fax)
erik@rdoip.com

***ATTORNEYS FOR BRIDGEPOINT INSURANCE AGENCY & PERMIT CENTER LLC***

***AND***

s/Lance A. Kirby
Lance A. Kirby
Federal ID Number: 21811
State Bar Number: 00794096
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 W. Pike Blvd., Suite 300
Weslaco, TX 78596
(956) 968-5402
(956) 969-9402 - Fax
lakirby@jgkl.com

***ATTORNEYS FOR BRIDGEPOINT TRANSPORT, LLC AND BRIDGEPOINT LOGISTICS, LLC***

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this notice was electronically filed on CM/ECF system, which will be served on all counsel of record

on this 27th day of January, 2023.

s/Richard D. Schell