IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BRIDGEPOINT INSURANCE AGENCY & PERMIT CENTER LLC, § § § *Plaintiff* § § v. § § BRIDGEPOINT TRANSPORT, LLC § and BRIDGEPOINT LOGISTICS, LLC, § § *Defendants* § | | CASE NO. 7:21-cv-00067 JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Bridgepoint Insurance Agency and Permit Center LLC, Plaintiff, and Bridgepoint Transport, LLC and Bridgepoint Logistics, LLC, Defendants, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear its/her own costs and fees. The parties request that the Clerk of Court now close this case.

DATED:  February 13, 2023

                                          Respectfully submitted,

                                          s/Richard D. Schell
                                          **Richard D. Schell**
                                          Attorney-in-Charge
                                          State Bar No. 17736780
                                          Federal I. D. No. 1221
                                          1801 S. 2nd Street, Suite 460
                                          McAllen, Texas  78503
                                          (956) 687-2727
                                          (866) 705-0221 (fax)
                                          rick@rickschell.com

                                          ***And***

        Erik J. Osterrieder
        Tex. Bar No.: 24013276
        Federal I. D. No.: 24165
        Rao DeBoer Osterrieder, PLLC
        1334 Brittmoore Road, Suite 2401
        Houston, TX 77043
        (281) 372-6114
        (713) 583-0852 (fax)
        erik@rdoip.com

***ATTORNEYS FOR BRIDGEPOINT INSURANCE AGENCY & PERMIT CENTER LLC***

***AND***

        s/Lance A. Kirby
        Lance A. Kirby
        Federal ID Number: 21811
        State Bar Number: 00794096
        JONES, GALLIGAN, KEY & LOZANO, L.L.P.
        2300 W. Pike Blvd., Suite 300
        Weslaco, TX 78596
        (956) 968-5402
        (956) 969-9402 - Fax
        lakirby@jgkl.com

***ATTORNEYS FOR BRIDGEPOINT TRANSPORT, LLC AND BRIDGEPOINT LOGISTICS, LLC***

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of this notice was electronically filed on CM/ECF system, which will be served on all counsel of record

on this 13th day of February, 2023.

        s/Richard D. Schell